14-24518

I am objecting to the sale. The liquor License is in my name. Joseph Ummarino. Not in L.L.C. Mr. U's Lounge. I have the Paper work to prove. that it is in my name.

Joseph R Ummarino

346 So Egg Haebur
Winslow NJ 08037

BY: [signature] DEPUTY CLERK
JAMES J. WALDRON
2016 MAR 29 A 10:41
CAMDEN, NJ
FILED
U.S. BANKRUPTCY COURT

PLEASE TYPE OR PRINT ALL INFORMATION

STATE ASSIGNED LICENSE NUMBER **436-23-015-07**

Application is made on behalf of: _____

```
1 = An Individual          (2)= Business Corporation
3 = A Partnership           4 = Unincorporated Club
5 = Incorporated Club        6 = Limited Partnership
```

2.1 NAME(S) AS IT DOES OR WILL APPEAR ON THE LICENSE CERTIFICATE (NOT "TRADE" NAME):
   License may be held by Individual (last name, first, middle initial), Partnership or Corporation.
   **Ummarino Joseph R**
   Initial or Corporate Name)

2.2 ACTUAL ADDRESS WHERE THE LICENSE IS TO BE USED (SITED PREMISES):
   Street Address **346 S. Egg Harbor Rd.**
   Number / Street Name
   Municipality **Winslow Township NJ**       Zip **08037**
   Telephone number of business   (**609**) **704** - **2700**
   Area / Exchange / Number

2.3 If no licensed premises exists or if mailing address is different than the "actual address" given above, provide the
   mail address: (Insert N/A if not applicable).
   Street Address _____
   Number / Street Name
   P.O. Box # _____   Municipality _____   State _____
   Zip _____ - _____   Telephone (_____) _____ - _____

2.4 New Jersey Sales Tax Certificate of Authority No. **75 3134787**

2.5 TRADE NAME(S) UNDER WHICH BUSINESS IS TO BE CONDUCTED. ALL TRADE NAMES MUST BE LISTED AND
   ~~REGISTERED WITH~~ THE N.J. SECRETARY OF STATE [If a corporation] OR COUNTY CLERK [If a partnership or sole
   proprietor]:
   **Mr U's Lounge          Mr U's Lounge LLC.**

2.6 THE FOLLOWING QUESTIONS ARE TO BE ANSWERED BY ALL APPLICANTS OTHER THAN APPLICANTS FOR A
   NEW LICENSE:

   A. IS THE LICENSE ACTIVELY USED AT AN OPERATING PLACE OF BUSINESS?
      **✓** Yes _____ No

   B. IF NO, GIVE THE DATE THE BUSINESS STOPPED OPERATING (OR THE DATE THE LICENSE WAS ORIGINALLY
      ISSUED IF NEVER SITED AT AN OPERATING BUSINESS):
      _____ / _____ / _____

   C. IF THE LICENSE IS INACTIVE AND THE APPLICATION IS FOR A TRANSFER, WILL THE LICENSE BE USED AT
      AN OPERATING PLACE OF BUSINESS AFTER APPROVAL?
      _____ Yes **✓** No

2.7 THE FOLLOWING QUESTIONS ARE TO BE ANSWERED BY AN APPLICANT FOR A NEW LICENSE:

   A. WILL THE LICENSE BE USED AT AN OPERATING PLACE OF BUSINESS IMMEDIATELY UPON ISSUANCE?
      **✓** Yes _____ No

   B. IF NO, PROVIDE ANTICIPATED DATE OF LICENSE ACTIVATION:
      _____ / _____ / _____



PLEASE TYPE OR PRINT ALL INFORMATION

STATE ASSIGNED LICENSE NUMBER 0436 33 - 015 - 009

Application is made on behalf of: _____

1 = An Individual      2 = Business Corporation      7 = Limited Liability Company
3 = A Partnership      4 = Unincorporated Club
5 = Incorporated Club      6 = Limited Partnership

**2.1** NAME(S) AS IT DOES OR WILL APPEAR ON THE LICENSE CERTIFICATE (NOT "TRADE" NAME):
License may be held by Individual (Last Name, First Name, Middle Initial), Partnership or Corporation.

Joseph R. Ummarino
(Last Name, First Name, Middle Initial or Corporate Name)

**2.2** ACTUAL ADDRESS WHERE THE LICENSE IS TO BE USED (SITED PREMISES):

Street Address 346 So Egg Harbor Rd Winslow
    Number      Street Name

Municipality Winslow New Jersey      Zip 08037 -

Telephone number of business (609) 481 - 1149
    Area      Exchange      Number

**2.3** If no licensed premises exists or if a mailing address is different than the "actual address" given above, provide the mailing address (insert N/A if not applicable):

Street Address _____
    Number      Street Name

P.O. Box # _____      Municipality _____      State _____

Zip _____ - _____      Telephone ( ____ ) ____ - ____

**2.4** New Jersey Sales Tax Certificate of Authority No. 0600-1836-70

**2.5** TRADE NAME(S) UNDER WHICH BUSINESS IS TO BE CONDUCTED. ALL TRADE NAMES MUST BE LISTED AND REGISTERED WITH THE N.J. SECRETARY OF STATE [if a corporation] OR COUNTY CLERK [if a partnership or sole proprietor]:

M____stonage LLC- Trade Arino Paste

**2.6** THE FOLLOWING QUESTIONS ARE TO BE ANSWERED BY ALL APPLICANTS OTHER THAN APPLICANTS FOR A NEW LICENSE:

A. IS THE LICENSE ACTIVELY USED AT AN OPERATING PLACE OF BUSINESS?
_____ Yes _____ No

B. IF NO, GIVE THE DATE THE BUSINESS STOPPED OPERATING (OR THE DATE THE LICENSE WAS ORIGINALLY ISSUED IF NEVER SITED AT AN OPERATING BUSINESS):
Sept / 1 / 14

C. IF THE LICENSE IS INACTIVE AND THE APPLICATION IS FOR A TRANSFER, WILL THE LICENSE BE USED AT AN OPERATING PLACE OF BUSINESS AFTER APPROVAL?
_____ Yes ✓ No

**2.7** THE FOLLOWING QUESTIONS ARE TO BE ANSWERED BY AN APPLICANT FOR A NEW LICENSE:

A. WILL THE LICENSE BE USED AT AN OPERATING PLACE OF BUSINESS IMMEDIATELY UPON ISSUANCE?
_____ Yes NO No

B. IF NO, PROVIDE ANTICIPATED DATE OF LICENSE ACTIVATION:
_____ / _____ / _____



| 74. Name | 75. Badge Number | 76. Page | 77. Date Report | 78. Reviewed By |
|---|---|---|---|---|
| Det. E. Hoffmann | 104 | 2 of 2 | 05/21/2004 | |
| Signature | 79. | 80. | 81. | |



# Winslow Township Police Department

| 1. Complaint Number | 21. Prosecutor's Case Number | 23. Department Case Number |
|---|---|---|
| 2004-12369 | | |



**Joseph Ummarino – Owner**
828 Beechwood Ave.
Cherry Hill, NJ 08002
Telephone # None
DOB: 05-31-1931
SS#: 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

Joseph Ummarino was asked, and did produce for my review the following documents:

1. License Certification for the 2003-2004 License Term
2. Liquor Invoices

Let it be noted that Ummarino is on COD – Credit Compliance

Joseph Ummarino was asked, but could not produce for my review the following documents:

1. Last Filed Long Form License Application
2. State Sales Tax License Certificate
3. Employee List
4. Federal Tax Stamp for the 2003-2004 Term
5. Books of Account
6. Fetal Alcohol Warning
7. Broad Package Privilege Violation
   Let it be noted that the violation is a free standing 2 door cooler used for selling beer for off premises consumption

Total of 30 Bottles were checked:
No Violations

Notice to Produce Records Within Seven Days was left with Joseph Ummarino.  At the expiration of the Seven Day time period, Ummarino had not contacted me for another appointment.

## CRIMINAL OR ADMINISTRATIVE CHARGES

No Long Form
Books of Account — APP1
Failure to Produce Books Within Seven Days — BOOKS1  BOOKS2
No Employee List
No Short ? rm — E141
No Federal Tax Stamp — APP1
No Fetal Alcohol Warnings — STAMP
Broad Package Privilege Violation — FETAL
BPP1-N

## CHARGING CODE

Based on the above violations as a result of the compliance check, I would recommend that the issuing authority take the administrative action against the licence holder.
No further police action.

①


**RESOLUTION PROVIDING FOR A PERSON TO PERSON TRANSFER OF PLENARY RETAIL CONSUMPTION LICENSE # 0436-33-015-007 IN THE TOWNSHIP OF WINSLOW, COUNTY OF CAMDEN STATE OF NEW JERSEY**

**WHEREAS**, application has been made to the Mayor and Township Committee of the Township of Winslow for the person to person transfer to Mr. U's Lounge, L.L.C. for premises situated at 346 S. Egg Harbor Road, Winslow Township, New Jersey 08037, the Plenary Retail Consumption License #0436-33-015-007, heretofore issued to A Little Bit Country, Inc., t/a A Little Bit Country for premises situated at 346 S. Egg Harbor Road, Winslow Township, New Jersey 08037 and

**WHEREAS**, the application appears to be correctly executed and all answers completed and the legal advertisement in order with no objections filed in the office of the Municipal Clerk; and

**WHEREAS**, it appears that all fees have been paid, and

**WHEREAS**, a police investigation report on the intended Licensee reveals no reasons for denial.







June 22, 2005

State of New Jersey
Division of Taxation
Sales & Use Tax
P.O. Box 999
Trenton, NJ 08646

To Whom It May Concern

    This request is for an Abatement of Sales Taxes Penalty for Mr.U'S Lounge LLC . As of today all company taxes have been paid. Mr Umarino is a sole owner , and because of medical reason which included stress he was relying on a third party for help, without his knowledge the taxes weren't paid in a timely manner, as soon as I became award of the problem I immediately got help from someone else and paid all taxes.

    Thank You

Joseph Umarino



17

DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF ALCOHOLIC BEVERAGE CONTROL
P.O. BOX 087
TRENTON, NJ 08625-0087

*03/04*   *(55)*   *1♥*

## LICENSE RENEWAL APPLICATION CERTIFICATION ADDENDUM

**TO BE COMPLETED ONLY IF LICENSE NAME AND/OR ADDRESS AS PRINTED ON THE COMPUTER PRINT-OUT IS NOT CORRECT**

1. License Number _0436-33-015-008_   *4 pages*

2. Name of Licensee (Corporation, Partnership, Individual)

   _Joseph R Ummarino_

3. Actual address where the license is used:

   Street _346 So Egg Harbor Rd_

   City _Winslow_ State _NJ_ Zip _08037_

4. If no licensed place exists, or if mail is to be addressed other than to the actual address given above, provide the proper mailing address here:

   In Care Of _____

   Street _____

   City _____ State _____ Zip _____

5. Trade Name, if any, under which business is conducted:

   _Mr U's Lounge LLC_

6. Has this license been person-to-person transferred to you within the past 12 months?
   Yes ( )   No (✓)

7. If yes, what was the effective date of the license transfer?

   Date _____/_____/_____

8. Has this license been place-to-place transferred to you within the past 12 months?
   Yes ( )   No (✓)

9. If yes, what was the effective date of the license transfer?

   Date _____/_____/_____

2003

# DEPARTMENT OF LAW AND PUBLIC SAFETY
## DIVISION OF ALCOHOLIC BEVERAGE CONTROL
### P.O. BOX 087
### TRENTON, NJ 08625-0087



## LICENSE RENEWAL APPLICATION CERTIFICATION ADDENDUM

**TO BE COMPLETED ONLY IF LICENSE NAME AND/OR ADDRESS AS PRINTED ON THE COMPUTER PRINTOUT IS NOT CORRECT**

1. License Number  _0436-33-015- 008_

2. Name of Licensee (Corporation, Partnership, Individual)

   _Joseph Ummarino_

3. Actual address where the license is used:

   Street _346 So Egg Harbor Rd_

   City _Winslow Township_    State _NJ_    Zip _08037_

4. If no licensed place exists, or if mail is to be addressed other than to the actual address given above, provide the proper mailing address here:

   In Care Of _____

   Street _____

   City _____ State _____ Zip _____

5. Trade Name, if any, under which business is conducted:

   _Mr ll's Lounge  LLC._            **13**

6. Has this license been person-to-person transferred to you within the past 12 months?
   Yes ( ✓ )    No ( )

7. If yes, what was the effective date of the license transfer?

   Date _Jan / 24 / 04_

8. Has this license been place-to-place transferred to you within the past 12 months?
   Yes ( ✓ )    No ( )

9. If yes, what was the effective date of the license transfer?

   Date _Jan / 24 / 04_            **13**



DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF ALCOHOLIC BEVERAGE CONTROL
P.O. BOX 087
TRENTON, NJ 08625-0087



## LICENSE RENEWAL APPLICATION CERTIFICATION ADDENDUM

**TO BE COMPLETED ONLY IF LICENSE NAME AND/OR ADDRESS AS PRINTED ON THE COMPUTER PRINT-OUT IS NOT CORRECT**

1. License Number  _0436-33-015-008_

2. Name of Licensee (Corporation, Partnership, Individual)

_Joseph Ummarino_

3. Actual address where the license is used:

Street _346 So Egg Harbor Rd_

City _Winslow Township_     State _N J_     Zip _08037_

4. If no licensed place exists, or if mail is to be addressed other than to the actual address given above, provide the proper mailing address here:

In Care Of _____

Street _____

City _____  State _____  Zip _____

5. Trade Name, if any, under which business is conducted:

_Mell's Lounge LLC._

6. Has this license been person-to-person transferred to you within the past 12 months?
Yes ( ✓ )     No ( )

7. If yes, what was the effective date of the license transfer?

Date _Jan / 24 / 04_

8. Has this license been place-to-place transferred to you within the past 12 months?
Yes ( ✓ )     No ( )

9. If yes, what was the effective date of the license transfer?

Date _Jan / 24 / 04_



DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF ALCOHOLIC BEVERAGE CONTROL
P.O. BOX 087
TRENTON, NJ 08625-0087

## LICENSE RENEWAL APPLICATION CERTIFICATION ADDENDUM

**TO BE COMPLETED ONLY IF LICENSE NAME AND/OR ADDRESS AS PRINTED ON THE COMPUTER PRINT-OUT IS NOT CORRECT**

1. License Number  _O 436 - 33 - 015 - 008_

2. Name of Licensee (Corporation, Partnership, Individual)

   _Joseph R Ummarino_

3. Actual address where the license is used:

   Street _346 Sx Egg Harbor Rd_

   City _Winslow_          State _NJ_      Zip _08037_

4. If no licensed place exists, or if mail is to be addressed other than to the actual address given above, provide the proper mailing address here:

   In Care Of _____

   Street _____

   City _____ State _____ Zip _____

5. Trade Name, if any, under which business is conducted:

   _Mr U's Lounge LLC_

6. Has this license been person-to-person transferred to you within the past 12 months?
   Yes (  )      No (✓)

7. If yes, what was the effective date of the license transfer?

   Date _____/ _____/ _____

8. Has this license been place-to-place transferred to you within the past 12 months?
   Yes (  )      No (✓)

9. If yes, what was the effective date of the license transfer?

   Date _____/ _____/ _____



DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF ALCOHOLIC BEVERAGE CONTROL
P.O. BOX 087
TRENTON, NJ 08625-0087

## LICENSE RENEWAL APPLICATION CERTIFICATION ADDENDUM

**TO BE COMPLETED ONLY IF LICENSE NAME AND/OR ADDRESS AS PRINTED ON THE COMPUTER PRINT-OUT IS NOT CORRECT**

1. License Number  _0436-33-015-008_

2. Name of Licensee (Corporation, Partnership, Individual)

   _Joseph R Ummarino_

3. Actual address where the license is used:

   Street _346 S. Egg Harbor Rd_

   City _Winslow_          State _NJ_     Zip _08037_

4. If no licensed place exists, or if mail is to be addressed other than to the actual address given above, provide the proper mailing address here:

   In Care Of _____

   Street _____

   City _____ State _____ Zip _____

5. Trade Name, if any, under which business is conducted:

   _Mr U's Lounge LLC_

6. Has this license been person-to-person transferred to you within the past 12 months?
   Yes ( )      No (✓)

7. If yes, what was the effective date of the license transfer?

   Date _____/_____/_____

8. Has this license been place-to-place transferred to you within the past 12 months?
   Yes ( )      No (✓)

9. If yes, what was the effective date of the license transfer?

   Date _____/_____/_____