| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JOHN W. HARGRAVE (JH 9935)<br>John W. Hargrave & Associates<br>117 Clements Bridge Road<br>Barrington, New Jersey 08007<br>(856) 547-6500<br>*Attorneys for John W. Hargrave, Trustee* | <br><br>Order Filed on May 4, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No. **14-24518/ABA**

In Re:

MR. U'S LOUNGE, LLC

Adv. No.

Hearing Date: **04/26/16 @ 10:00 a.m.**

Judge: **Honorable Andrew B. Altenburg**

## ORDER DENYING JOSEPH UMMARINO'S MOTION TO RECONSIDER THE COURT'S ORDER DATED 3/29/16 AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE, TO SELL DEBTOR'S NEW JERSEY PLENARY RETAIL CONSUMPTION LICENSE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 4, 2016**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: **MR. U'S LOUNGE, LLC**
Case No: **14-24518/ABA**
Caption of Order: **ORDER DENYING JOSEPH UMMARINO'S MOTION TO RECONSIDER THE COURT'S ORDER DATED 3/29/16 AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE, TO SELL DEBTOR'S NEW JERSEY PLENARY RETAIL CONSUMPTION LICENSE**

---

**THIS MATTER** being opened to the Court on Request by Joseph Ummarino to reconsider the Court's Order of March 29th 2016, authorizing the Trustee to sell Debtor's New Jersey Plenary Retail Consumption License #0436-33-015-88; John W. Hargrave, Esquire, appearing on behalf of the Trustee, and Joseph Ummarino appearing on behalf of himself; and good cause appearing.

**IT IS HEREBY ORDERED** that Joseph Ummarino's Request to Reconsider is hereby **DENIED.**